**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF DELAWARE**

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Suitable Technologies, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-4617816** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **921 E. Charleston Road** **Palo Alto, California 94303** Number, Street, City, State & ZIP Code  Santa Clara County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.suitabletech.com** | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Suitable Technologies, Inc.**                              Case number (*if known*)  _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3342**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. §101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Suitable Technologies, Inc.**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**11. Why is the case filed in *this district?***　*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes   Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors** (on a consolidated basis)

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☒ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets** (on a consolidated basis)

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities** (on a consolidated basis)

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Suitable Technologies, Inc.**                                    Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/26/2020
             MM / DD / YYYY

X  *Charles C Reardon*                                            **Charles C. Reardon**
   Signature of authorized representative of debtor        Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X  *[signature]*                                                          Date  2/26/2020
   Signature of attorney for debtor                                        MM / DD / YYYY

**Robert F. Poppiti, Jr.**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, Delaware 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 571-6600**        Email address  **rpoppiti@ycst.com**

**5052 (Delaware)**
Bar number and State

**UNANIMOUS WRITTEN CONSENT
OF THE
BOARD OF DIRECTORS
OF
SUITABLE TECHNOLOGIES, INC.
<u>a Delaware corporation</u>**

February 25, 2020

The undersigned, being the sole member of the Board of Directors (the "<u>Board</u>") of Suitable Technologies, Inc., a Delaware corporation (the "<u>Company</u>"), hereby consents that the actions recited herein shall be deemed the actions of the Board with the same effect as if taken at a duly noticed and called meeting of the Board, and directs that this writing be filed with the minutes of proceedings of that Board, all pursuant to the provisions of Section 141(f) of the General Corporation Law of the State of Delaware:

**WHEREAS**, it has been proposed that the Company pursue relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the Company's Chief Restructuring Officer (the "<u>CRO</u>") and legal and other professional advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, based on factors and information deemed relevant to the Board, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition (the "<u>Petition</u>") be filed pursuant to chapter 11 of the Bankruptcy Code on behalf of the Company;

**FURTHER RESOLVED**, that the filing of a voluntary petition on behalf of the Company be, and the same hereby is, approved and adopted in all respects and that the CRO, be and hereby is, authorized and empowered on behalf of the Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") at such time as the CRO may determine;

**FURTHER RESOLVED**, that the CRO be, and hereby is, authorized to (a) execute and file the Petition, along with all schedules of assets and liabilities, statements of financial affairs, lists, and other papers that the CRO may deem necessary or proper in connection with such chapter 11 case, (b) execute, acknowledge, deliver, and verify any and all documents necessary or proper in connection with the Petition and to administer the Company's chapter 11 case in such form or forms as the CRO may deem necessary or proper and in order to effectuate the foregoing resolutions, and (c) engage any professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, brokers or other experts, as the CRO deems necessary or proper to accomplish the purposes of the resolutions;

**FURTHER RESOLVED**, that Asgaard Capital LLC ("Asgaard Capital") be, and hereby is, authorized and empowered to provide additional staff to the Company and to assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Company's chapter 11 case;

**FURTHER RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), shall be, and hereby is, authorized, empowered, and directed to represent the Company, as a debtor and debtor in possession, in connection with the Company's chapter 11 case, and to (a) execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court and make or cause to be made, prior to execution thereof, any modifications to the Petition or any ancillary document as the CRO deems necessary, desirable, or appropriate to carry out the intent and accomplish the purpose of these resolutions, (b) execute, acknowledge, deliver, verify, and file or cause to be filed the Petition, along with all schedules, statements, lists, motions, applications, and other papers or documents necessary or proper in connection with the foregoing, and (c) execute, acknowledge, deliver, and verify any and all other documents necessary or proper in connection therewith and to administer the Company's chapter 11 case in such form or forms as the CRO may deem necessary or proper and in order to effectuate the purpose of the intent of the foregoing resolutions;

**FURTHER RESOLVED**, that Stout Risius Ross Advisors, LLC ("Stout") be, and hereby is, authorized, empowered, and directed to represent the Company as its investment banker in connection with the Company's chapter 11 case;

**FURTHER RESOLVED**, that Donlin, Recano & Company, Inc. ("Donlin" and together with Asgaard Capital, Young Conaway, and Stout, collectively, the "Advisors") be, and hereby is, authorized, empowered, and directed to represent the Company as its claims, noticing and administrative agent in connection with the Company's chapter 11 case;

**FURTHER RESOLVED**, that the Advisors are hereby authorized to take any and all actions necessary or desirable to advance the Company's rights and obligations and facilitate the Company's chapter 11 case;

**FURTHER RESOLVED**, that in connection with the Company's chapter 11 case, the CRO shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to negotiate, execute, and deliver agreements for the use of cash collateral in connection with the Company's chapter 11 case, which agreement(s) may require the Company to acknowledge the debt and liens of existing loans, grant liens, and pay interest to the Company's existing lender(s); and in connection therewith, the CRO is hereby authorized and directed to execute appropriate agreements and related ancillary documents;

**FURTHER RESOLVED**, that in connection with the Company's chapter 11 case, the CRO shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to negotiate, execute, and deliver agreements for post-petition financing, including under debtor-in-possession credit facilities; and to pledge

and grant liens on the Company's assets as may be contemplated by or required under the terms of such post-petition financing; and in connection therewith, the CRO is hereby authorized and directed to execute appropriate loan agreements and related ancillary documents;

**FURTHER RESOLVED,** that the CRO shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to negotiate, execute, deliver, and perform on behalf of the Company such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices, and any and all other documents, as the CRO may deem necessary or proper to facilitate the transactions contemplated by these resolutions; and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken prior to the date hereof by the CRO or any professionals engaged by the Company with respect to any transactions contemplated by the foregoing resolutions, or otherwise in preparation for or in connection with the Company's chapter 11 case, or any proceedings related thereto, or any matter related thereto, be and hereby are, adopted, approved, ratified, and confirmed in all respects as the acts and deeds of the Company as if such acts and deeds took place after the date of these resolutions.

*[Signature Page Follows]*

This Unanimous Written Consent shall be filed in the Minute Book of the Company and shall become a part of the records of the Company.

DIRECTOR:

_____
Name: Ronald Barliant

**Fill in this information to identify the case:**

**Debtor name:** Suitable Technologies, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-_____

☐ Check if this is an amended filing

## Official Form 204
## List of Largest Unsecured Creditors (Excluding Insiders)

**12/15**

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Morrison & Foerster LLP<br>425 Market Street<br>San Francisco CA 94105 | fgelat@mofo.com<br>Tel: 415-268-7000<br>Fax: 415-268-7522 | Professional Payable | ☐ C<br>☐ U<br>☐ D | | | $417,022.52 |
| 2 | Level 3 Communications (aka CenturyLink)<br>PO Box 910182<br>Denver CO 80291-0182 | billing@level3.com<br>Tel: 877-453-8385<br>Fax: 814-260-2423 | Trade Payable | ☐ C<br>☐ U<br>☐ D | | | $5,275.43 |
| 3 | Equinix, Inc.<br>4252 Solutions Center<br>Chicago IL 60677-4002 | billing@equinix.com<br>Tel: 866-979-3749 | Trade Payable | ☐ C<br>☐ U<br>☐ D | | | $4,440.86 |
| 4 | TUV Rheinland North America<br>Box 392672<br>Pittsburgh PA 15251-9672 | info@tuv.com<br>Tel: 203-426-0888<br>Fax: 203-426-4009 | Trade Payable | ☐ C<br>☐ U<br>☐ D | | | $1,695.00 |
| 5 | Digital BH 800 LLC<br>4 Embarcadero Center STE 3200<br>San Francisco CA 94111 | ar@digitalrealty.com<br>Tel: 855-955-2655<br>Fax: 415-275-5445 | Trade Payable | ☐ C<br>☐ U<br>☐ D | | | $1,387.74 |
| 6 | American Registry for Internet Numbers<br>PO Box 759477<br>Baltimore MD 21275-9477 | billing@arin.net<br>Tel: 703-227-9886<br>Fax: 703-997-8708 | Trade Payable | ☐ C<br>☐ U<br>☐ D | | | $900.00 |
| 7 | Airgas USA, LLC<br>PO Box 102289<br>Pasadena CA 91189-2289 | wdiv.achbu@airgas.com<br>Tel: 562- 627-3070 | Trade Payable | ☐ C<br>☐ U<br>☐ D | | | $175.85 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SUITABLE TECHNOLOGIES, INC.,[1] | ) Case No. 20–_____ (___) |
| Debtor. | ) |

### CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (the "Debtor"), to the best of its knowledge, information and belief, hereby states as follows:

1. Greenheart Investments (43.82%) is the only corporation that directly or indirectly owns 10% or more of any class of interests in the Debtor.

2. The following chart lists all equity security holders of the Debtor:

| Name & Address | Percentage | Number |
|---|---|---|
| Bauer, Robert<br>25134 Rye Canyon Loop<br>Suite 200<br>Santa Clarita, CA 91355<br><br>4538 Alpine Rd<br>Portola Valley, CA 94028 | 0.44% | 34,227 |
| Bhalala, Milan<br>806 Cape Cod Dr.<br>Redwood City, CA 94065 | 0.88% | 68,455 |

---

[1] The last four digits of the Debtor's federal tax identification number are 7816. The Debtor's mailing address is 921 E. Charleston Road, Palo Alto, California 94303.

25867456.2

| | | |
|---|---|---|
| Bietzer, Steven<br>535 Hillswick Cir.<br>Folsom, CA 95630<br><br>431 Dinahs Ct.<br>Apt. # 10<br>Palo Alto, CA 94306 | 0.56% | 43,812 |
| Carlberg, Christian<br>703 Rancho Dr.<br>San Luis Obispo, CA 93405 | 0.56% | 43,812 |
| Drula, Catalin | 0.19% | 15,000 |
| Duong, Peter<br>2710 Othello Ave.<br>San Jose, CA 95122 | 0.60% | 46,317 |
| Faust, Josh<br>26300 Cedar Rd.<br>Suite 1410<br>Beachwood, OH 44122<br><br>3250 Oneal Cir. #C22<br>Boulder, CO 80301 | 1.89% | 146,970 |
| Flippo, Sherri<br>131 Stanyan St.<br>San Francisco, CA 94118 | 0.05% | 4,082 |
| Gassend, Blaise<br>958 Baines St.<br>Palo Alto, CA 94303 | 1.89% | 146,970 |
| Goecker, Dallas<br>1915 Brent Blvd.<br>Seymour, IN 47274 | 4.12% | 319,470 |
| Greenheart Investments<br>c/o Mr. Scott Hassan<br>Manager<br>548 Market Street, #63636<br>San Francisco, CA 94104 | 43.82% | 3,400,000 |

| | | |
|---|---|---|
| Hamilton, Gregory<br>2600 Tiburon Dr.<br>Naples, FL 34109<br><br>1008 Redmond Ave.<br>San Jose, CA 95120 | 0.63% | 48,756 |
| Hassan, Scott<br>548 Market Street, #63636<br>San Francisco, CA 94104 | 7.73% | 600,000 |
| Lee, Stephanie<br>2250 Latham St. Apt 35<br>Mountain View, CA 94040 | 0.63% | 48,756 |
| Lefevere, Francois-Marie<br>1241 Highland Pl.<br>Erie, CO 80516 | 1.78% | 138,220 |
| Leibs, Jeremy<br>1709 Los Altos Dr.<br>San Mateo, CA 94402 | 1.74% | 134,826 |
| Lempesis, Brianna<br>5371 Via Aquario<br>San Diego, CA 92111<br><br>71 Greg Ct.<br>Alamo, CA 94507 | 0.19% | 14,521 |
| Li, Daiwei<br>977 Asilomar Ter.<br>Apt. 2<br>Sunnyvale, CA 94086<br><br>1352 Johnson<br>San Jose, CA 95129 | 0.56% | 43,812 |
| Li, Emily<br>820 N Justin Pl.<br>Anaheim, CA 92801 | 0.39% | 30,125 |
| Lundmark, David<br>916 Seena Ave.<br>Los Altos, CA 94024 | 11.12% | 862,500 |

| | | |
|---|---|---|
| Meyers, Curt<br>1287 City View Pl.<br>San Jose, CA 95127 | 2.82% | 218,845 |
| Miramontez, David<br>143 El Bosque Dr.<br>San Jose, CA 95134 | 0.39% | 30,125 |
| Ngyuen, J. Daniel<br>2346 Club Dr.<br>Gilroy, CA 95020 | 0.33% | 25,900 |
| O'Quinn, George<br>2604 Custer Dr.<br>San Jose, CA 95124 | 0.45% | 35,049 |
| Preising, Boris<br>1142 Byron St.<br>Palo Alto, CA 94301 | 3.71% | 287,500 |
| Rapacki, Erin<br>208 Barton Springs Rd.<br>Austin, TX 78704<br><br>183 Franklin St.<br>Apt. 8<br>San Francisco, CA 94102 | 0.53% | 41,488 |
| Reuter, Michael<br>3351 Brunell Dr.<br>Oakland, CA 94602 | 0.56% | 43,812 |
| Shieu, Alex<br>1259 Burnham Dr.<br>San Jose, CA 95132 | 0.56% | 43,812 |
| Tyler, Joshua Rogers<br>335 Pearl Ave.<br>San Carlos, CA 94070 | 2.52% | 195,500 |
| Wheeler, Robert<br>11529 Rock Spring Ct.<br>Cupertino, CA 95014 | 1.89% | 146,970 |
| Willow Garage, Inc.<br>c/o Mr. Scott Hassan<br>Manager<br>548 Market Street, #63636<br>San Francisco, CA 94104 | 6.44% | 500,000 |

**Fill in this information to identify the case:**

Debtor name: **Suitable Technologies, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Largest Unsecured Creditors (Excluding Insiders) (Official Form 204)
☒ Other document that requires a declaration   **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 26, 2020**   x _/s/ Charles C. Reardon_
                                    Signature of individual signing on behalf of debtor

                                    **Charles C. Reardon**
                                    Printed name

                                    **Chief Restructuring Officer**
                                    Position or relationship to debtor