# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUITABLE TECHNOLOGIES, INC.,[1] | Case No. 20- 10432 (MFW) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 27, 2020 AT 9:30 A.M. (ET)[2]

**PETITION**

1. Voluntary Petition Package: Suitable Technologies, Inc. [20-10432] [Docket No. 1, 2/26/20]

**DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

2. Declaration of Charles C. Reardon in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 7, 2/26/20]

**MATTERS GOING FORWARD**

3. Debtor's Application for an Order Appointing Donlin, Recano & Company, Inc. as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c), *Nunc Pro Tunc* to the Petition Date [Docket No. 2, 2/26/20]

4. Debtor's Motion for Interim and Final Orders, Pursuant to Section 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [Docket No. 3, 3/26/20]

5. Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code, (I) Authorizing the Payment of Prepetition Sales,

---

[1] The last four digits of the Debtor's United States federal tax identification number are 7816. The Debtor's mailing address is 921 East Charleston Road, Palo Alto, CA 94303.

[2] **The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801**. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

Use, and Franchise Taxes and Similar Taxes and Fees, (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 4, 2/26/20]

6. Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (I) Authorizing Continued Use of Cash Management System and Maintenance of Prepetition Bank Accounts, (II) Authorizing Continued Use of Existing Business Forms, (III) Extending the Time by Which the Debtor Must Comply with the Requirements of Section 345(b) of the Bankruptcy Code and (IV) Granting Certain Related Relief [Docket No. 5, 2/26/20]

7. Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105, 361, 362, 363, 364 and 507 of the Bankruptcy Code, (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 6, 2/26/20]

Dated: February 26, 2020  
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Betsy L. Feldman*  
Robert S. Brady (No. 2847)  
Michael R. Nestor (No. 3526)  
Robert F. Poppiti, Jr. (No. 5052)  
Betsy L. Feldman (No. 6410)  
Rodney Square, 1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Emails: rbrady@ycst.com  
          mnestor@ycst.com  
          rpoppiti@ycst.com  
          bfeldman@ycst.com

*Proposed Counsel to the Debtor and Debtor in Possession*