IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Suitable Technologies, Inc., | Case No. 20-10432 (CTG) |
| Debtor. | |

### ORDER SETTING STATUS CONFERENCE

THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK. ALL PARTICIPANTS MUST REGISTER USING THEIR FULL NAMES NO LATER THAN **MAY 10, 2021 AT 12:00 P.M. ET**.

REGISTRATION LINK:

https://debuscourts.zoomgov.com/meeting/register/vJItcemprDguGml2sfTVkI2HnfrWbCzBmCE

During the upcoming omnibus hearing, the Court will hold a status conference in In re Suitable Technologies, Inc. on **May 11, 2021, beginning at 11:30 a.m. ET**, in Courtroom No. 7. All parties are directed to use the Zoom link above to attend the status conference electronically. If the case involves adversary proceedings, the Debtor shall promptly send a copy of this Order to counsel for all parties thereto.

SO ORDERED.

Dated: May 3, 2021

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE