IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUITABLE TECHNOLOGIES, INC.,[1] | Case No. 20-10432 (CTG) |
| Debtor. | Ref. Docket No. 456 |

NOTICE OF (I) CONFIRMATION AND EFFECTIVE DATE OF THE
CHAPTER 11 PLAN OF LIQUIDATION OF SUITABLE TECHNOLOGIES, INC.,
(II) DEADLINE UNDER THE PLAN AND CONFIRMATION ORDER TO FILE
ADMINISTRATIVE CLAIMS, REJECTION CLAIMS AND PROFESSIONAL FEE CLAIMS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Entry of Confirmation Order**. On June 23, 2021, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order [Docket No. 456] (the "**Confirmation Order**") confirming the *Chapter 11 Plan of Liquidation of Suitable Technologies, Inc.*, attached as Exhibit A to the Confirmation Order (together with the Plan Supplement, all other exhibits thereto, and as may be amended, modified or supplemented, the "**Plan**"),[2] in the chapter 11 case of the above-captioned debtor and debtor in possession (the "**Debtor**").

2. **Effective Date of the Plan**. The Effective Date of the Plan was June 29, 2021.

3. **Deadline to File Administrative Claims**. As provided for in Section 11.1 of the Plan and in the Confirmation Order, *all requests for payment of an Administrative Claim must be Filed with the Bankruptcy Court and served on counsel to the Plan Administrator and counsel to the Magicheart Parties no later than August 3, 2021 (i.e., thirty-five (35) days after the Effective Date), at the following addresses:*

| Counsel to the Plan Administrator: | Counsel to the Magicheart Parties: |
|---|---|
| Young Conaway Stargatt & Taylor, LLP | Morris, Nichols, Arsht & Tunnell LLP |
| 1000 North King Street | 1201 North Market Street, Suite 1600 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Attention: Robert F. Poppiti, Jr. (rpoppiti@ycst.com) | Attention: Curtis S. Miller (cmiller@morrisnichols.com) |
| Betsy L. Feldman (bfeldman@ycst.com) | Paige N. Topper (ptopper@ morrisnichols.com) |

4. **Deadline to File Rejection Claims**. As provided for in Article VI of the Plan and in the Confirmation Order: *(i) all executory contracts and unexpired leases of the Debtor that have not been assumed, assumed and assigned, or rejected, prior to the Effective Date, or that are not subject to a motion to assume or reject Filed before the Effective Date, shall be deemed rejected pursuant to the*

---

[1] The last four digits of the Debtor's United States federal tax identification number are 7816. The Debtor's mailing address is 921 East Charleston Road, Palo Alto, CA 94303.

[2] Unless otherwise defined in this notice, capitalized terms used herein shall have the meaning ascribed to them in the Plan.

28270972.1

*Confirmation Order, as of the Effective Date; (ii) any Creditor asserting a Rejection Claim shall File a proof of claim with the Debtor's claims and noticing agent, Donlin Recano & Company, at the address below, no later than August 3, 2021 (i.e., thirty-five (35) days after the Effective Date) and shall also serve such proof of claim upon counsel for the Plan Administrator, at the addresses below*; and (iii) any Rejection Claims that are not timely Filed shall be forever disallowed and barred, absent a Final Order to the contrary.

| Donlin Recano & Company, Inc.: <br> Suitable Technologies, Inc. Claims Processing Center <br> c/o Donlin Recano & Company, Inc. <br> P.O. Box 199043, Blythebourne Station <br> Brooklyn, NY 11219 | Counsel for the Plan Administrator: <br> Young Conaway Stargatt & Taylor, LLP <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Attention:  Robert F. Poppiti, Jr. (rpoppiti@ycst.com) <br>                    Betsy L. Feldman (bfeldman@ycst.com) |
|---|---|

5.  **Deadline to File Professional Fee Claims**.  As provided for in Section 11.2 of the Plan and in the Confirmation Order, *all final requests for payment of Professional Fee Claims pursuant to sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code must be made by application Filed with the Bankruptcy Court and served on counsel to the Plan Administrator and the Post-Effective Date Debtor, counsel to the Magicheart Parties, and the U.S. Trustee no later than July 29, 2021 (i.e., thirty (30) days after the Effective Date), unless otherwise ordered by the Bankruptcy Court*.  **Objections to such applications must be Filed and served on counsel to the Plan Administrator, counsel to the Magicheart Parties, the U.S. Trustee and the requesting Professional on or before the date that is twenty-one (21) days after the date on which the applicable application was served (or such longer period as may be allowed by Order of the Bankruptcy Court or by agreement with the requesting Professional).**

6.  **Inquiries by Interested Parties**.  Copies of the Confirmation Order (to which the Plan is attached as Exhibit A) may be examined free of charge at https://www.donlinrecano.com/Clients/sti/PlanOfReorg.  The Confirmation Order is also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website at www.deb.uscourts.gov.  To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.psc.uscourts.gov.

Dated: June 29, 2021
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ Betsy L. Feldman
Robert S. Brady (No. 2847) (rbrady@ycst.com)
Robert F. Poppiti, Jr. (No. 5052) (rpoppiti@ycst.com)
Betsy L. Feldman (No. 6410) (bfeldman@ycst.com)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-5038
Facsimile: (302) 571-1253

*Counsel to the Debtor*