| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US Bankruptcy Court- | | | REGISTER OF CLAIMS | | | | Page # : 1 |
| Chapter 11  Case No: 20-10432 | | | AS OF 10/7/2021 | | | | Donlin, Recano & Company, Inc. |
| Debtor: Suitable Technologies, Inc. | | | ---ALPHA ORDER --- | | | | Report : Claims Register |
| | | | | | | | Time: 10/7/2021 2:04:28 PM |



FINAL

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 20-10432 | 11.00 | AUDAX MANAGEMENT CO LLC<br>DANIEL WAINTRAUB<br>101 HUNTINGTON AVE<br>BOSTON, MA 02110 | 7,743.00 | U | 5/29/2020 | | | |
| 20-10432 | 18.00 | BLUE OCEAN ROBOTICS APS<br>DLA PIPER LLP<br>ERIC GOLDBERG<br>2000 AVENUE OF THE STARS SUITE 400N<br>LOS ANGELES, CA 90067 | 0.00<br>0.00 | U | 7/6/2020<br>9/15/2020 | 249 | WITHDRAWN PER NOTICE DKT #249 DTD 9/15/20 | |
| 20-10432 | 25.00 | CA- COUNTY OF SANTA CLARA<br>DEPT OF TAX AND COLLECTIONS<br>852 N FIRST ST<br>SAN JOSE, CA 95112 | 446.00<br>0.00 | P | 8/20/2020<br>11/25/2020 | 311 | WITHDRAWN PER NOTICE DKT #311 DTD 11/25/20 | |
| 20-10432 | 26.00 | CA- DEPT OF TAX AND FEE ADMINISTRATION<br>RYAN SLAUSON<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | 2,974.86 | P | 8/24/2020 | | CREDITOR ALSO INDICATES UNSECURED | |
| 20-10432 | 4.00 | CA- FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 1,640.73 | P | 3/30/2020 | | | |
| 20-10432 | 3.00 | CO- DEPRTMENT OF REVENUE<br>1375 SHERMAN ST RM 504<br>DENVER, CO 80261 | 31,798.00<br>0.00 | S | 3/25/2020<br>10/1/2020 | 265 | OBJ #2A- DISALLOWED/DUPLICATIVE CLAIM | |
| 20-10432 | 27.01 | CO- DEPRTMENT OF REVENUE<br>1375 SHERMAN ST RM 504<br>DENVER, CO 80261 | 20,787.00 | S | 8/31/2020 | | | |
| 20-10432 | 27.02 | CO- DEPRTMENT OF REVENUE<br>1375 SHERMAN ST RM 504<br>DENVER, CO 80261 | 4,106.00 | U | 8/31/2020 | | | |
| 20-10432 | 7.00 | CO- DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>1375 SHERMAN ST RM 504<br>DENVER, CO 80261 | 31,798.00<br>0.00 | S | 5/6/2020<br>10/1/2020 | 265 | OBJ #2B- DISALLOWED/AMENDED CLAIM | |
| 20-10432 | 17.00 | DIGITAL BH 800 LLC<br>AKA DIGITAL REALTY<br>STOEL RIVES LLP<br>600 UNIVERSITY ST STE 3600<br>SEATTLE, WA 98101 | 0.00<br>0.00 | U | 7/6/2020<br>10/13/2020 | 275 | WITHDRAWN PER NOTICE DKT #275 DTD 10/13/20 | |
| 20-10432 | 15.00 | FEDERAL INSURANCE CO<br>CHUBB<br>436 WALNUT ST WA04K<br>PHILADELPHIA, PA 19106 | 0.00<br>1.00 | U | 7/2/2020<br>7/19/2021 | 470 | WITHDRAWN PER NOTICE DKT #470 DTD 7/19/21 | |
| 20-10432 | 20.00 | GREENHEART INVESTMENTS LLC<br>BLEVANS & BLEVANS LLP<br>BRANDON R. BLEVANS<br>3550 ROUND BARN BLVD SUITE 202<br>SANTA ROSA, CA 95403 | 77,050,000.00 | U | 7/6/2020 | | LINK TO CL #50002 | |

US Bankruptcy Court-  
Chapter 11 Case No: 20-10432  
Debtor: Suitable Technologies, Inc.

REGISTER OF CLAIMS  
AS OF 10/7/2021  
---ALPHA ORDER---

Page # : 2  
Donlin, Recano & Company, Inc.  
Report : Claims Register  
Time: 10/7/2021 2:04:28 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 20-10432 | 19.01 | HASSAN, SCOTT W<br>BLEVANS AND BLEVANS LLP<br>BRANDON BLEVANS<br>3550 ROUND BARN BLVD STE 202<br>SANTA ROSA, CA 95403 | 0.00 | A | 7/6/2020 | | | |
| 20-10432 | 19.02 | HASSAN, SCOTT W<br>BLEVANS AND BLEVANS LLP<br>BRANDON BLEVANS<br>3550 ROUND BARN BLVD STE 202<br>SANTA ROSA, CA 95403 | 0.00 | S | 7/6/2020 | | | |
| 20-10432 | 19.03 | HASSAN, SCOTT W<br>BLEVANS AND BLEVANS LLP<br>BRANDON BLEVANS<br>3550 ROUND BARN BLVD STE 202<br>SANTA ROSA, CA 95403 | 0.00 | U | 7/6/2020 | | | |
| 20-10432 | 16.00 | HUYNH, ALLISON<br>GREENBERG GLUSKER FIELDS ET AL<br>JEFFREY KRIEGER<br>2049 CENTURY PK EAST STE 2600<br>LOS ANGELES, CA 90067 | 1,157,749.72<br>0.00 | U | 7/2/2020<br>10/13/2020 | 276 | WITHDRAWN PER NOTICE DKT #276 DTD 10/13/20<br>OBJ- DISALLOW/DISPUTED CLAIM | |
| 20-10432 | 1.01 | IRS- DEPT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 2,000.00<br>0.00 | P | 3/18/2020<br>3/2/2021 | 355 | WITHDRAWN PER NOTICE DKT #355 DTD 3/2/21 | |
| 20-10432 | 1.02 | IRS- DEPT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 61,963.80<br>0.00 | U | 3/18/2020<br>3/2/2021 | 355 | WITHDRAWN PER NOTICE DKT #355 DTD 3/2/21 | |
| 20-10432 | 28.00 | IRS- DEPT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 61,963.80 | U | 10/21/2020 | | | |
| 20-10432 | 9.00 | ITALIX CO INC<br>A DEPALMA<br>120 MAST ST STE 1<br>MORGAN HILL, CA 95037 | 0.00<br>0.00 | U | 5/18/2020<br>10/1/2020 | 264 | OBJ #1A- DISALLOWED/NO LIABILITY CLAIMS<br>CREDITOR INDICATES AMOUNT AS $0 | |
| 20-10432 | 13.00 | JORDAN KAVANA<br>TRANSCENDENT INVESTMENT<br>MANAGEMENT<br>20201 E COUNTRY CLUB DR<br>APT 2809<br>AVENTURA, FL 33180 | 3,000.00<br>0.00 | U | 6/5/2020<br>10/1/2020 | 264 | OBJ #1A- DISALLOWED/NO LIABILITY CLAIMS | |
| 20-10432 | 12.00 | KEATING AND ASSOCIATES INC<br>DAN RICHARDS<br>1011 POYNTZ<br>MANHATTAN, KS 66502 | 2,500.00 | U | 6/5/2020 | | LINK TO CL #100002 (SCHEDULED AS CUD) | |
| 20-10432 | 22.00 | LANDINGS INVESTMENTS LLC<br>BLEVANS & BLEVANS LLP<br>BRANDON R. BLEVANS<br>3550 ROUND BARN BLVD SUITE 202<br>SANTA ROSA, CA 95403 | 3,003,000.00 | U | 7/6/2020 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US Bankruptcy Court-<br>Chapter 11  Case No: 20-10432<br>Debtor: Suitable Technologies, Inc. | | | REGISTER OF CLAIMS<br>AS OF 10/7/2021<br>---ALPHA ORDER--- | | | | Page # : 3<br>Donlin, Recano & Company, Inc.<br>Report : Claims Register<br>Time: 10/7/2021 2:04:28 PM |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 20-10432 | 8.00 | LAUB, LONNIE<br>4402 NW 65TH CT<br>KANSAS CITY, MO 64151 | 525.75<br>0.00 | U | 5/11/2020<br>10/1/2020 | 265 | OBJ #2C- DISALLOWED/EQUITY INTEREST CLAIM | |
| 20-10432 | 2.00 | LEVEL 3 COMMUNICATIONS LLC<br>A/K/A CENTURY LINKCOMMUNICATIONS<br>LEGAL BANKRUPTCY<br>1025 ELDORADO BLVD<br>BROOMFIELD, CO 80021 | 9,854.33 | U | 3/25/2020 | | LINK TO CL #50007 | |
| 20-10432 | 6.01 | MA- DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 9564<br>BOSTON, MA 02114 | 2,027.99 | P | 4/30/2020 | | | |
| 20-10432 | 6.02 | MA- DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 9564<br>BOSTON, MA 02114 | 2,210.86 | U | 4/30/2020 | | | |
| 20-10432 | 29.01 | MA- DEPT OF UNEMPLOYMENT ASSISTANCE<br>LEGAL DEPARTMENT<br>19 STANIFORD ST FIRST FLOOR<br>BOSTON, MA 02114 | 611.49 | P | 1/14/2021 | | | |
| 20-10432 | 29.02 | MA- DEPT OF UNEMPLOYMENT ASSISTANCE<br>LEGAL DEPARTMENT<br>19 STANIFORD ST FIRST FLOOR<br>BOSTON, MA 02114 | 0.01 | U | 1/14/2021 | | | |
| 20-10432 | 21.00 | MAGICHEART INVESTMENTS LLC<br>BLEVANS & BLEVANS LLP<br>BRANDON R. BLEVANS<br>3550 ROUND BARN BLVD SUITE 202<br>SANTA ROSA, CA 95403 | 8,007,221.00 | U | 7/6/2020 | | LINK TO CL #50000/ SCHED AS SECURED | |
| 20-10432 | 24.00 | MI- DEPT OF TREASURY<br>REVENUE/AG<br>PO BOX 30456<br>LANSING, MI 48909 | 5,621.86<br>0.00 | U | 7/21/2020<br>9/9/2021 | 491 | OBJ #3A- DISALLOW/EXPUNGE- AMENDED/SUPERSEDED | |
| 20-10432 | 31.00 | MI- DEPT OF TREASURY<br>REVENUE/AG<br>PO BOX 30456<br>LANSING, MI 48909 | 5,621.86 | P | 4/23/2021 | | | |
| 20-10432 | 14.01 | MI- UNEMPLOYMENT INSURANCE AGENCY<br>KADUVINKAL K GEORGE<br>3024 W GRAND BLVD STE 12 650<br>DETROIT, MI 48202 | 9.91<br>0.00 | P | 6/16/2020<br>9/9/2021 | 491 | OBJ #3A- DISALLOW/EXPUNGE- AMENDED/SUPERSEDED | |
| 20-10432 | 14.02 | MI- UNEMPLOYMENT INSURANCE AGENCY<br>KADUVINKAL K GEORGE<br>3024 W GRAND BLVD STE 12 650<br>DETROIT, MI 48202 | 2,206.02<br>0.00 | U | 6/16/2020<br>9/9/2021 | 491 | OBJ #3A- DISALLOW/EXPUNGE- AMENDED/SUPERSEDED | |
| 20-10432 | 30.01 | MI- UNEMPLOYMENT INSURANCE AGENCY<br>KADUVINKAL K GEORGE<br>3024 W GRAND BLVD STE 12 650<br>DETROIT, MI 48202 | 24.44 | P | 4/6/2021 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| US Bankruptcy Court-<br>Chapter 11  Case No: 20-10432<br>Debtor: Suitable Technologies, Inc. | | | REGISTER OF CLAIMS<br>AS OF 10/7/2021<br>---ALPHA ORDER--- | | | | Page # : 4<br>Donlin, Recano & Company, Inc.<br>Report : Claims Register<br>Time: 10/7/2021 2:04:28 PM | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 20-10432 | 30.02 | MI- UNEMPLOYMENT INSURANCE AGENCY<br>KADUVINKAL K GEORGE<br>3024 W GRAND BLVD STE 12 650<br>DETROIT, MI 48202 | 2,160.44 | U | 4/6/2021 | | | |
| 20-10432 | 23.00 | MORRISON AND FOERSTER LLP<br>ADAM LEWIS<br>425 MARKET ST<br>SAN FRANCISCO, CA 94105 | 757,888.44 | U | 7/6/2020 | | LINK TO CL #100000 (SCHEDULED AS CUD) | |
| 20-10432 | 10.00 | SPAWN IDEAS INC<br>LISA KING<br>510 L ST STE 106<br>ANCHORAGE, AK 99501 | 27,701.59<br>0.00 | U | 5/20/2020<br>10/1/2020 | 264 | OBJ #1A- DISALLOWED/NO LIABILITY CLAIMS | |
| 20-10432 | 5.00 | VERIZON BUSINESS GLOBAL LLC ET AL<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147 | 6,575.60 | U | 4/24/2020 | | | |

### Summary

| Classification | Total Claim Amount | Total Number of Claims | Total Number Unliquidated |
|---|---|---|---|
| (U) UNSECURED CLAIM | 90,173,992.22 | 20 | 5 |
| (P) PRIORITY CLAIM | 15,357.28 | 9 | 0 |
| (S) SECURED CLAIM | 84,383.00 | 3 | 1 |
| TOTALS | 90,273,732.50 | 32 | 6 |